

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00680-CV

Denise **MCVEA**,
Appellant

v.

James **KELLER**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-11896
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of appeal are assessed against appellant.

SIGNED November 27, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice